UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DOUGLAS MARSHALL
JACKSON,

    Plaintiff,

v.                                                            Case No: 5:25-cv-688-WFJ-PRL

STATE OF FLORIDA and
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendants.
_____

## ORDER

Plaintiff Douglas M. Jackson, an inmate in the Florida Department of Corrections ("DOC"), is proceeding *pro se* on a civil rights complaint. (Doc. 1). Liberally construed, Plaintiff claims that the DOC is going to unlawfully destroy 36 boxes of his stored legal materials. *Id*.

The Prison Litigation Reform Act ("PLRA") amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915(g), commonly referred to as the "three strikes"

provision, requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA.

This Court takes judicial notice that Plaintiff has been previously barred under 28 U.S.C. § 1915(g) from proceeding in forma pauperis. *See Jackson v. Aramark Food Services, et al.,* No. 3:05-cv-1272-HLA-MCR (M.D. Fla. Dec. 19, 2005).[1]

In this case, Plaintiff did not pay the filing fee when filing his complaint. Because Plaintiff has had three or more prior qualifying dismissals and his allegations do not warrant the imminent danger exception to dismissal, this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full filing fee at the time of filing his complaint.

Accordingly, it is now **ORDERED** and **ADJUDGED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida, on November 13, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**   Pro Se Party

---

[1] That case lists the following cases, from the Northern District of Florida, that were dismissed as frivolous, malicious, or failed to state a claim: (1) 4:97-cv-58-RH (failure to state a claim); (2) 4:98-cv-26-WS (frivolous); and (3) 4:01-cv-205-RH (failure to state a claim).